IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-110-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| JERMAINE EMMANUAL JOHNSON ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned as to all defendants to the Honorable Richard E. Myers II, Chief United States District Judge, for all further proceedings. Senior United States District Judge Malcolm J. Howard is no longer assigned to the case. **All future documents should reflect the revised case number of 7:15-CR-110-1M.**

SO ORDERED. This the 22nd day of July, 2021.

/s/ Peter A. Moore, Jr.
Clerk of Court